FILED

APR 3 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NINA MARIE LECOMPTE,<br><br>Defendant. | CR 18-116-BLG-SPW<br><br><br><br>ORDER |
|---|---|

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 24). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 3rd day of April, 2019

SUSAN P. WATTERS
United States District Court Judge

1